United States District Court
District of New York

1-12-22

Mark Gagnier (plaintiff)

(vs)

Defendents Clinton County Jail
Officers Alger, West, Bremh
(Sgt) Thompson (Sgt) Faubert

Civil Action #

JAN 26 '22 PM 2:32 USDC MA

FILED IN CLERKS OFFICE

EMERGENCY INJunction

1. Plaintiff Mark Gagnier (2010-0937)
         25 McCarthy Dr. Plattsburgh NY 12901

2. Defendents Clinton County Jail et al
         25 McCarthy Drive
         Plattsburgh, NewYork 12901

3. To the Honorable Court, a case
    of Depraved Indifference on behalf
    of Jail Personal has risen to
    alarming effect and needs to
    be reviewed for possible prosecution
    as follows :
         On 1-10-22 Mr. Gagnier was visously
    assulted and verbally abused as
    witnessed by Homeland security Booking
    vidio/sound recording were he was in
    Shackles then pepper sprayed causeing
    him Ememence Distress and Irreperable harms
                    [ 1 of 5 ]

4. Mr. Gagnier was subjected to an illegally conducted cell extraction abnd brought to a booking cell were he then had a tiff / teraud temper tantrum and kicked the plexi glass while in Belly chains.
He was then yelled at even though on his knees on a concrete Bench.
(Sgt) Faubert then pepper sprayed him and chocked him. A felloney obstruction of Air-way under New York law.

5. Since public servants are to be held to a higher standard than the rest of Society more scrutiny and a Broad discretion in investigation is worrented.
On Aug 8th 2019 Officer Alger and goteman led by a (Sgt) Mortineau did an illegal cell extration of my person and although did not pepper spray me did in fact to my knowlege get away with assaulting me in cell 2 that day.
Also see 1/11/2020 @ 7am-8am F-2 unit % Gotzman.

2 of 5

6.

- Although it is (not) enough to make accusations, Investigations do take time

[This Action in its 1st draft form being written by André Rene Levesque as officers commonly do for victims of Domestic abuse cases were After Planned Parrenthood was told to stop coercing witness]

(a2) ⟶   See: exhibit A

A majistrate is to Liberaly construe pleadings especially by incapacitated detainees in issolution as

1983 Prisoner Rights Defacto Constitutional Amendment 20 chapter book upholding a blanket judgement for detainees. Sect 8.3-8.7 6.2-6.5 Issolation

A Detainee does (not) need to prove Deliberate or depraved indifference to win a Judgement

Section 1.3 clearly gives a Majistrate lateral Advocacy for a detainee as the supreme court leaves in up to the lower courts

There fore: The court must compel prosecutors to review for a conspiracy charge

Heckeling hazeing harriments
taunting teasing torments
Antagonized aggitated Irritated
aggravated
- used as a poppet and pet to redirect
  and implant false memory
- Enlist others thru mimicing or to
  alianate someone
- Prude(ish) ninny
- Heckeling Haggaling nay-sayers

The list goes on and on
these things get people to fumble
make mistakes shut down give up
or go-balistic then some call
mental illness

→ "your mentally ill, addicted to drugs,
   its twice as bad as we thought"
   → Here try our stuff ?
       (vs)

Medical Merijuana

On Behalf of Murk Gagnier
Andre Rene Levevesque
P.h.D. Sociology          1-12-22
Andrée Rene Levesqua

5 of 5

**In  Conclusion**

(a) Therefore  the  court  must  Liberally  construe  this  emergency  Terjunction  as  a  pleading  to  compel  prosecutors  to  review  a  Federal  Conspiracy  charge, or  at  least  get  the  F.B.I  Federal  Bereau  of  Investigations  to  review  for  possible  federal  charges  of  the  incedent  as  clearly  the  statements  don't  match  the  Sound  and  Video  recording  and  public  servents.  such  as  these  have  an  obligation  to  conduct  proper  training  for  cell  extractions  Mandated  by  federal  and  sometimes  conflicting  state  laws.  Underlings  cast  into  possitions  of  Authority  with out  proper  training  of  policys  protocols  and  proceedures  lend  to  get  lazy  and  bend  the  rules  a  bit  too  far  as  this  Sounds  like  such  a  moment  or  course  of  incidents  leading  Mr  Gagnier  to  exhibit  Rabid  delerum.

[4 of 5]

→ Turn over

# CLINTON COUNTY JAIL
## INCIDENT REPORT

Incident #:  **2022 - 5175**

**DESCRIPTION OF INCIDENT:**

AT 1910 INMATE GAGNIER, MARK (M1-3) WAS BROUGHT UP TO HOLDING WITH MECHANICAL RESTRAINTS ON HIS HANDS BEHIND HIS BACK BY SGT. FAUBERT, CO DUNHAM, CO ALGER, AND CO WEST. INMATE GAGNIER WAS BROUGHT TO INTAKE BECAUSE HE WAS FLOODING HIS CELL (1B AND 16C). ONCE LOCKED IN HOLDING CELL #4 HE ATTEMPTED TO SLIP HIS LEGS BETWEEN HIS ARMS TO PUT HIS HANDS IN FRONT OF HIM. SGT. FAUBERT THEN ORDERED CO WEST TO GET BELLY CHAINS AND SWITCH OUT THE MECHANICAL RESTRAINTS ON HIS HANDS. ONCE THE BELLY CHAIN WAS APPLIED BY CO WEST, CO ALGER, CO DUNHAM AND SGT. FAUBERT AND INMATE GAGNIER'S HANDS WERE RESTAINED MECHANICALLY IN FRONT OF HIM HE WAS LOCKED IN HOLDING CELL #4. AT 1912 INMATE GAGNIER BEGAN KICKING THE DOOR AND SHOUTING "I CAN STILL USE MY FEET!" (1A AND 1C) SGT. FAUBERT WHEELED THE MECHANICAL RESTRAINT CHAIR OUT OF HOLDING CELL #1 AND PLACED IT OUTSIDE OF HOLDING CELL #4. AT 1925 SGT. FAUBERT ATTEMPTED TO TALK WITH INMATE GAGNIER BUT INMATE GAGNIER WOULD NOT STOP ARGUING (20B). SGT. FAUBERT SHUT THE DOOR TO HOLDING #4 AND BEGAN TO WALK AWAY. INMATE GAGNIER THEN BEGAN KICKING THE DOOR TO THE HOLDING CELL AND SCREAMING AND SGT. FAUBERT ORDERED INMATE GAGNIER TO STOP KICKING OR HE WOULD BE SPRAYED. INMATE GAGNIER CONTINUED TO KICK AND SCREAM (10A) SO SGT. FAUBERT OPENED HOLDING #4 AND ADMINISTERED A SHORT BURST OF OC SPRAY TO INMATE GAGNIER'S FACE. AT 1928 INMATE GAGNIER WAS PLACED IN THE RESTRAINT CHAIR AND THE BELLY CHAIN RESTRAINT WAS REMOVED. SGT. FAUBERT STRAPPED INMATE GAGNIER'S HANDS IN THE CHAIR AND SGT. THOMPSON STRAPPED INMATE GAGNIER'S LEGS WITH ASSISTANCE FROM CO WEST AND MYSELF. ONCE IN THE CHAIR INMATE GAGNIER BECAME COMPLIANT AND BEGAN ASKING FOR A SHOWER TO WASH OFF THE OC SPRAY. AT 1930 INMATE GAGNIER WAS WHEELED DOWN TO THE OBS SHOWER BY SGT. FAUBERT ALONG WITH CO WEST AND MYSELF TO DECONTAMINATE. ONCE IN THE OBS SHOWER AREA, INMATE GAGNIER WAS REMOVED FROM THE RESTRAINT CHAIR AND GIVEN SOAP AND A TOWEL TO SHOWER. AT 1942 AFTER CLEANING HIMSELF UP INMATE GAGNIER WAS ESCORTED BACK UP TO INTAKE BY SGT. FAUBERT, CO WEST AND MYSELF.  AT 2128 SGT. THOMPSON AND I BROUGHT INMATE GAGNIER DOWN TO M3-2 WITHOUT FURTHER INCIDENT. I THEN RESUMED NORMAL INTAKE DUTIES FOR THE REMAINDER OF THE C-TOUR SHIFT.

_Exhibit (A)_